In the Matter of the Accounting of ELI G. HERRICK et al., as Administrators of the Estate of CHARLES C. HERRICK, Deceased. GLADYS H. STACY, Individually and as Administratrix of the Estate of CHARLES C. HERRICK, Deceased, Appellant; ELI G. HERRICK, Individually and as Administrator of the Estate of CHARLES C. HERRICK, Deceased, et al., Respondents.— All concur. (Appeal from part of a decree adjudging certain profits to be part of the principal of decedent's estate.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

W. PAGE BATES, INC., Appellant, v. HUNTER PHOTO COPYIST, INC., Respondent.— Memorandum: We agree with the Special Term that there are no triable issues of fact and that the sole question to be determined is the interpretation of the provisions of the contract as to appellant's right to an automatic renewal. We also agree that the interpretation of the clauses in question is the only logical one that could be made without doing violence to the clear intent and purpose of the contract taken as a whole. All concur. (Appeal from a judgment dismissing plaintiff's case on motion by defendant in an action for breach of contract.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Accounting of FIRST TRUST AND DEPOSIT COMPANY, as Trustee under the Will of HELEN S. EVERSON, Deceased, Respondent. SYRACUSE MUSEUM OF FINE ARTS, Appellant; EVERSON MUSEUM OF ART et al., Respondents.— All concur. (Appeal from a decree denying a motion by the Syracuse Museum of Fine Arts as a claimed interested party to examine the trustee and Everson Museum of Art, and dismissing the petition of Syracuse Museum of Fine Arts.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.